# United States Court of Appeals
# for the Fifth Circuit

No. 23-30619

Jerome Clyde Smith,

*Plaintiff—Appellant*,

versus

BP Exploration & Production, Incorporated; BP America Production Company,

*Defendants—Appellees*.

United States Court of Appeals
Fifth Circuit
**FILED**
August 16, 2024
Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-842

Before Davis, Southwick, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 23-30619

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.